**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Clarice L. McDonald                     CHAPTER 13
          Debtor(s)

                                               BKY. NO. 22-12520 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                               Respectfully submitted,

                                               /s/ *Michael Farrington*
                                               Michael Farrington
                                               15 Nov 2022, 15:04:09, EST

                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 627-1322