# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Clarice L. McDonald | : | |
| | : | |
| | : | |
| | : | CASE NO: 4:22-bk-12520-PMM |
| Debtor | : | |

**ORDER**

AND NOW, this __17th__ day of 2022, upon consideration of the Debtor's Motion to Appoint Next Friend,

IT IS HEREBY ORDERED that Marilyn Sanchez be appointed by the Court to represent the interests of Clarice L. McDonald, the above-captioned Debtor through the duration of the bankruptcy proceedings.

BY THE COURT

*Patricia M. Mayer*
United States Bankruptcy Judge