UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 22-12520 |
|---|---|
| CLARICE L MCDONALD | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 12/13/2022, I did cause a copy of the following documents, described below,

1st Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/13/2022

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 22-12520 |
|---|---|
| CLARICE L MCDONALD | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/13/2022, a copy of the following documents, described below,

1st Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/13/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 N. 2nd St.
Harrisburg, PA  17102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED THROUGH THE USPS CLASSIFIED (U)PS WITH AN UNDELIVERABLE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-12520<br>EASTERN DISTRICT OF PENNSYLVANIA<br>MON DEC 12 13-42-37 PST 2022 | ~~(U)NATIONSTAR MORTGAGE LLC~~ | ~~READING~~<br>~~UNITED STATES BANKRUPTCY COURT~~<br>~~OFFICE OF THE CLERK GATEWAY BUILDING~~<br>~~201 PENN STREET 1ST FLOOR~~<br>~~READING PA 19601-4038~~ |
| BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON 5TH FLOOR<br>CORAL GABLES FL 33146-1839 | (P)DEPARTMENT OF LABOR INDUSTRY<br>ATTN OFFICE OF CHIEF COUNSEL<br>651 BOAS STREET 10TH FLOOR<br>HARRISBURG PA 17121-0751 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | NATIONSTAR MORTGAGE LLC<br>CO KML LAW GROUP<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| (P)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT<br>16TH FLOOR STRAWBERRY SQUARE<br>HARRISBURG PA 17120-0001 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946 ATTNBANKRUPTCY<br>HARRISBURG PA 17128-0946 |
| (P)U S DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG PA 17108-1754 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~OFFICE OF UNITED STATES TRUSTEE~~<br>~~ROBERT NC NIX FEDERAL BUILDING~~<br>~~900 MARKET STREET~~<br>~~SUITE 320~~<br>~~PHILADELPHIA PA 19107-4202~~ |
| EXCLUDE<br>~~CLARICE L MCDONALD~~<br>~~236 S QUEEN ST~~<br>~~LANCASTER PA 17603-5342~~ | EXCLUDE<br>~~JOHN M HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG PA 17102-2151~~ | SCOTT F WATERMAN (CHAPTER 13)<br>CHAPTER 13 TRUSTEE<br>2901 ST LAWRENCE AVE<br>SUITE 100<br>READING PA 19606-2265 |