UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Clarice L. McDonald | Bankruptcy No.22-12520-PMM |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of December, 2022, by first class mail upon those listed below:

Clarice L. McDonald
236 S. Queen St.
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

JOHN M HYAMS ESQ
2023 N 2ND ST
HARRISBURG, PA  17102

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee