**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:  Case No. 22-12520-pmm
 Chapter 13

Clarice L. McDonald

Debtor(s).

**REQUEST TO MARK OBJECTION TO PLAN MOOT**

Kindly mark the Objection to Confirmation of Plan filed by Movant, **Nationstar Mortgage LLC**, on December 23, 2022 as moot as Debtor filed an Amended Plan which satisfies Movants Objection.

By:  */s/ Daniel P. Jones, Esquire*
 Daniel P. Jones, Esquire,
 Bar No: 321876
 Stern & Eisenberg, PC
 1581 Main Street, Suite 200
 The Shops at Valley Square
 Warrington, PA 18976
 Phone: (215) 572-8111
 Fax: (215) 572-5025
 djones@sterneisenberg.com
 Attorney for Creditor

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 2nd day of February, 2023, to the following:

John Matthew Hyams
Law Offices of John M. Hyams
2023 N 2nd St
Harrisburg, PA 17102
jmh@johnhyamslaw.com
*Attorney for Debtor(s)*


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
*Chapter 13 Trustee*


United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Clarice L. McDonald
236 S. Queen St.
Lancaster, PA 17603
*Debtor(s)*


                            By:     */s/Daniel P. Jones, Esquire*