United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Clarice L. McDonald  
    Debtor

Case No. 22-12520-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 09, 2023      Form ID: 155      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clarice L. McDonald, 236 S. Queen St., Lancaster, PA 17603-5342 |
| 14756904 | + | Nationstar Mortgage LLC, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14722789 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14722792 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14722785 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 09 2023 23:53:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon 5th Floor, Coral Gables, FL 33146-1839 |
| 14722787 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 09 2023 23:53:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 14722788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2023 23:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14739359 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722786 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2023 00:04:37 | LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14739006 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 23:53:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261 |
| 14735850 | ^ | MEBN | Mar 09 2023 23:51:41 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722791 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 23:53:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 14722790 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Mar 09 2023 23:53:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2023      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DANIEL P. JONES | on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| JOHN M. HYAMS | on behalf of Debtor Clarice L. McDonald jmh@johnhyamslaw.com acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Clarice L. McDonald
      Debtor(s)

Chapter: 13
Bankruptcy No: 22−12520−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 9, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Patricia M. Mayer
                                      Judge ,
                                      United States Bankruptcy Court

                                                        37
                                                    Form 155