| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 22-12520-PMM**

| | |
|---|---|
| Clarice L. McDonald | Petition Filed Date: 09/21/2022 |
| 236 S. Queen St. | 341 Hearing Date: 10/25/2022 |
| Lancaster  PA    17603 | Confirmation Date: 03/09/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/27/2022 | $780.00 | 28362005605 | 11/21/2022 | $780.00 | 28085824721 | 12/22/2022 | $923.00 | 28362009374 |
| 12/22/2022 | $18,999.00 | 17236510 | 01/23/2023 | $923.00 | 28362013907 | 02/22/2023 | $249.00 | 28362024494 |
| 02/22/2023 | $1,000.00 | 28362024483 | 03/21/2023 | $249.00 | 27582470730 | 03/21/2023 | $1,000.00 | 27582470728 |
| 04/24/2023 | $249.00 | 28600441108 | 04/24/2023 | $1,000.00 | 28600441097 | 05/24/2023 | $1,000.00 | 28600442818 |
| 05/24/2023 | $249.00 | 28600442820 | 06/23/2023 | $249.00 | 28600447230 | 06/23/2023 | $1,000.00 | 28600447228 |
| 07/24/2023 | $1,000.00 | 28612157051 | 07/24/2023 | $249.00 | 28612157062 | | | |

**Total Receipts for the Period: $29,899.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,899.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN M HYAMS ESQ | Attorney Fees | $4,113.00 | $4,113.00 | $0.00 |
| 1 | NATIONSTAR MORTGAGE LLC<br>»»  001 | Ongoing Mortgage | $78,796.69 | $22,207.53 | $56,589.16 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $189.57 | $0.00 | $189.57 |

**Chapter 13 Case No. 22-12520-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,899.00 | Current Monthly Payment: | $1,249.00 |
| Paid to Claims: | $26,320.53 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,441.88 | Total Plan Base: | $92,349.00 |
| Funds on Hand: | $1,136.59 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.