United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Clarice L. McDonald  
　　Debtor

Case No. 22-12520-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4　　User: admin　　Page 1 of 2  
Date Rcvd: Mar 26, 2024　　Form ID: trc　　Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14739006 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 27 2024 00:29:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2024　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

Name　　Email Address

DANIEL P. JONES  
　　on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com  bkecf@sterneisenberg.com

JOHN M. HYAMS  
　　on behalf of Debtor Clarice L. McDonald jmh@johnhyamslaw.com  
　　acb@johnhyamslaw.com;dlh@johnhyamslaw.com;ccv@johnhyamslaw.com

MICHAEL PATRICK FARRINGTON  
　　on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]  
　　ECFMail@ReadingCh13.com

STEVEN K. EISENBERG  
　　on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

United States Trustee  
　　USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4        User: admin        Page 2 of 2
Date Rcvd: Mar 26, 2024        Form ID: trc        Total Noticed: 1
TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 22-12520-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Clarice L. McDonald
236 S. Queen St.
Lancaster PA 17603

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/26/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261 | Nationstar Mortgage LLC<br>C/O Rushmore Servicing<br>PO Box 619096<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/28/24                                         Tim McGrath
                                                         **CLERK OF THE COURT**