United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Clarice L. McDonald  
    Debtor

Case No. 22-12520-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 28, 2024      Form ID: pdf900      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clarice L. McDonald, 236 S. Queen St., Lancaster, PA 17603-5342 |
| 14756904 | + | Nationstar Mortgage LLC, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 29 2024 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 29 2024 00:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Mar 29 2024 00:15:12 | Nationstar Mortgage LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14722785 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 29 2024 00:18:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon 5th Floor, Coral Gables, FL 33146-1839 |
| 14722787 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 29 2024 00:18:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 14722788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2024 00:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14739359 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2024 00:19:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14722786 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2024 00:19:53 | LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14868314 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2024 00:18:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 14739006 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2024 00:18:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261 |
| 14735850 | ^ | MEBN | Mar 29 2024 00:15:05 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722791 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 29 2024 00:19:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 14722789 | | Email/Text: fesbank@attorneygeneral.gov | Mar 29 2024 00:19:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14722790 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | | |

|  |  | Mar 29 2024 00:18:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
|---|---|---|---|
| 14722792 | ^ MEBN | Mar 29 2024 00:15:19 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

**Name**     **Email Address**

DANIEL P. JONES
    on behalf of Creditor NATIONSTAR MORTGAGE LLC djones@sterneisenberg.com bkecf@sterneisenberg.com

JOHN M. HYAMS
    on behalf of Debtor Clarice L. McDonald jmh@johnhyamslaw.com
    acb@johnhyamslaw.com;dlh@johnhyamslaw.com;ccv@johnhyamslaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Clarice L. McDonald<br><br><br>                  Debtor | Chapter 13<br><br>Bankruptcy No. 22-12520-PMM |

**ORDER DISMISSING CHAPTER 13 CASE**

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 28, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE